UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN BOGDAN,           )<br>                       )<br>         Plaintiff,  )<br>                       )<br>    v.                 )<br>                       )<br>COUNTRYWIDE HOME LOANS, )<br>SELECT PORTFOLIO SERVICING, )<br>DECISION ONE MORTGAGE  )<br>COMPANY, RECONSTRUCT   )<br>COMPANY, N.A., MORTGAGE )<br>ELECTRONIC REGISTRATION )<br>SYSTEMS, INC., HOME SWEET HOME )<br>REALTY AND MORTGAGE, ANITA )<br>ROMAN, ERIC MORALES, and DOES 1-)<br>20 inclusive,          )<br>                       )<br>         Defendants.   )<br>_____) | CIV-F-09-1055 AWI SMS<br><br>ORDER VACATING HEARING OF<br>SEPTEMBER 28, 2009 |

    Defendant Select Portfolio Servicing, Inc. has noticed for hearing and decision a motion to dismiss for failure to state a claim, or, in the alternative, for more definite statment and/ or to strike.  The matter is scheduled for oral argument on September 28, 2009.  Plaintiff has filed an opposition and Defendant has filed a reply.  The court has reviewed the papers and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 28, 2009, is VACATED, and no party shall appear at that time.  As of that date, the court will

1

1 | take the matter under submission and will thereafter issue a decision.

3 | IT IS SO ORDERED.

4 | Dated:    September 24, 2009                    /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE