UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN BOGDAN,         ) | CIV-F-09-1055 AWI SMS |
|         **Plaintiff**,   ) | |
|                       ) | **ORDER VACATING HEARING OF** |
| v.                   ) | **OCTOBER 13, 2009** |
| COUNTRYWIDE HOME LOANS, ) | |
| SELECT PORTFOLIO SERVICING, ) | |
| DECISION ONE MORTGAGE ) | |
| COMPANY, RECONSTRUCT ) | |
| COMPANY, N.A., MORTGAGE ) | |
| ELECTRONIC REGISTRATION ) | |
| SYSTEMS, INC., HOME SWEET HOME ) | |
| REALTY AND MORTGAGE, ANITA ) | |
| ROMAN, ERIC MORALES, and DOES 1-) | |
| 20 inclusive,        ) | |
|         **Defendants**.  ) | |

Defendants Countrywide Home Loans, Reconstruct Company, and Mortgage Electronic Registration Systems have made a motion to dismiss for failure to state a claim and a motion to strike. The matter is scheduled for oral argument on October 13, 2009. Plaintiff has filed an opposition and Defendants have filed a reply. The court has reviewed the papers and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 13, 2009, is VACATED, and no party shall appear at that time. As of that date, the court will take

1 the matter under submission and will thereafter issue a decision.

3 IT IS SO ORDERED.

4 Dated:    October 7, 2009               /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE